FILED

2009 Jul-20  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVINA WASHINGTON, | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **CASE NO. CV 2:09-648-SLB** |
| | } | |
| EQUIFAX INFORMATION | } | |
| SERVICES, INC.; EXPERIAN | } | |
| INFORMATION SOLUTIONS, INC. | } | |
| | } | |
| **Defendants.** | } | |

**ORDER**

The court has been advised by counsel that plaintiff has settled with defendant

Equifax Information Services, Inc.  It is therefore **ORDERED** that defendant Equifax is

**DISMISSED WITHOUT PREJUDICE** to the right of plaintiff or defendant Equifax to

reopen the case against Equifax upon good cause shown within sixty (60) days, or to

submit a stipulated form of final judgment within sixty (60) days.  The court retains

jurisdiction to enforce any settlement that these parties have reached.

The case against defendant Experian Information Solutions, Inc. remains pending.

Because the time allowed for Experian to answer the Amended Complaint against it (doc.

13)[1] has not yet run, the scheduling conference set for **July 21, 2009** is **CANCELLED**.

---

[1] "Doc. __" refers to the document number that the Clerk of the Court assigns to a filing when
it is made.

**DONE** this 17th day of July, 2009.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE