IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVINA WASHINGTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CASE NO. 2:09-cv-0648-SLB** |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The court has been advised by counsel that this case has settled. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice to the right of any party to reopen the case upon good cause shown within thirty (30) days, or to submit a stipulated form of final judgment within thirty (30) days. The court retains jurisdiction to enforce any settlement the parties have reached.

**DONE** this 24th day of June, 2010.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE