# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DAVINA WASHINGTON,** | } |
| Plaintiff, | } |
| v. | } CASE NO. 2:09-cv-0648-SLB |
| **EXPERIAN INFORMATION SERVICES, INC.,** | } |
| Defendants. | } |

## ORDER

This case is before the court on Plaintiff's Motion to Voluntary Dismiss Claims Against Experian Information Solutions, Inc. (Doc. 27.)[1/]  The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE** against the defendant Experian Information Solutions, Inc.  Costs are taxed as paid.

**DONE**, this 25th day of June, 2010.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1/]  Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.